FANET WALLACH, Respondent, v. JOSEPH G. WALLACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

MARY E. WEBB, Respondent, v. DALE & CAIN, INC., Appellant.— Judgment and order unanimously affirmed, with costs. Under section 470-b of the Code of Criminal Procedure the previous conviction of a witness may be proved for the purpose of affecting the weight of his testimony, although sentence upon such conviction has been suspended. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

HOWARD O. WOOD, Appellant, v. RELLET AMUSEMENT COMPANY, INC., Respondent.— Order of the Appellate Term affirmed, with costs. No opinion. Rich, Putnam, Blackmar and Jaycox, JJ., concur; Jenks, P. J., not voting.

In the Matter of the Application of FRED H. HAGGERSON for Admission to the Bar. (From the State of Michigan.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of THOMAS L. STITT for Admission to the Bar.— Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

CHARLES B. IRWIN, Respondent, v. EDWARD RIEGELMANN, as Sheriff, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs, and stay continued pending application to the Court of Appeals for leave to appeal thereto, if defendant be so advised. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Petition of OTTO HERBORN to Render and Settle His Account as Surviving Executor of LOUISA SCHULZ, Deceased.— Motion denied, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of CHARLES STRAUSS and Others, Constituting the Board of Water Supply, etc., to Acquire Real Estate, etc., in the Towns of Mount Pleasant, Harrison and North Castle, Westchester County, etc.— Motion for reargument granted, and cause set down for Tuesday, January 13, 1920. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

ANTONIO LEONE, Respondent, v. BOOTH STEAMSHIP COMPANY, LIMITED, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COUNTY OF WESTCHESTER, Appellant, v. THE STATE TAX COMMISSION, etc., and the CITY OF NEW ROCHELLE, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

WILLIAM SIDNEY SMITH and Others, Respondents, v. DAYTON HEDGES, Appellant.— Motion denied, on condition that appellant within five days from the date of this order comply with the orders of the Special Term and proceed regularly with the appeal; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.